# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                             Case No. 4:12-cr-00182 KGB

ROBERT DOUGLAS COOLEY                                                           DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on May 29, 2013 (Dkt. No. 27) is hereby amended to reflect the following conditions of supervised release:

1. The defendant shall participate, under the guidance and supervision of the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

This amendment is consistent with the oral sentence imposed by the Court on defendant Robert Cooley at the sentencing hearing in this matter.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 27) remain in full force and effect.

It is so ordered this 1st day of July, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge